JAMES O. SEBRING, Appellant, v. THE TRAVELERS FIRE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent, Impleaded with Another, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

AUGUSTUS J. CONNOR, Respondent, v. WESTERN NEW YORK MOTOR LINES, INCORPORATED, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

TILLIE DAVIS, Appellant, v. THE MACCABEES, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN WRIGHT, as Administrator, etc., of MARY ANN WRIGHT, Deceased, Appellant, v. WEED & COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ALBERT D. PERRY, Respondent, v. HOWARD G. STURDEVANT, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. WILLIAM S. SCHWARTZ and FRANCES E. SCHWARTZ, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GOULD PAPER COMPANY v. JAMES HUGHES, GEORGE A. QUINN and JUSTUS T. KEENEY, Assessors and Constituting the Board of Assessors of the Town of Osceola, and Others.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JAMES MANN, as Sole Surviving Executor, etc., of SARA BAKER PHILLIPS, Deceased, Respondent, v. H. FORREST WALKER and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.